**Electronically Filed
Supreme Court
SCWC-29483
17-DEC-2013
10:27 AM**

SCWC-29483

IN THE SUPREME COURT OF THE STATE OF HAWAI'I
_____

GALE SCUDDER,
Petitioner/Plaintiff/Counterclaim Defendant-Appellant,

vs.

FRANK PIERCE, III; NANCY STEINECKE;
and E KOMO MAI SPORT HORSES, LLC,
Respondents/Defendants/Counterclaimants-Appellees,
and
DAVID W. LACY; LACY and JACKSON, LLLC, et al., Defendants
_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29483; CIV. NO. 06-1-0187)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna and Pollack, JJ.)

Petitioner/Plaintiff/Counterclaim Defendant-Appellant Gale Scudder's Application for Writ of Certiorari, filed on November 9, 2013, is hereby rejected.

DATED: Honolulu, Hawai'i, December 17, 2013.

William J. Rosdil and  /s/ Mark E. Recktenwald
Peter Van Name Esser
for petitioner     /s/ Paula A. Nakayama

Robert D. S. Kim    /s/ Simeon R. Acoba, Jr.
for respondents

         /s/ Sabrina S. McKenna

         /s/ Richard W. Pollack

